# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| MILTON MATOS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | 4:15-cv-0938-MHH-JEO |
| ) | |
| LORETTA LYNCH, et al., ) | |
| ) | |
| Respondents. ) | |

## MEMORANDUM OPINION

    This is a habeas corpus case filed pursuant to 28 U.S.C. § 2241 by Milton Matos, *pro se*. Petitioner contests his continued detention at the Etowah County Detention Center pending his removal from the United States pursuant to the Immigration and Nationality Act. Respondents now move to dismiss the action as moot. (Doc. 6).

    In support of their motion, Respondents have filed evidence showing that Petitioner has been released from custody under an order of supervision. (Doc. 6-1). Thus, Petitioner's claim for release under an order of supervision or for repatriation is moot. *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003) ("a case must be dismissed as moot if the court can no longer provide 'meaningful relief'"). Accordingly, Respondents' motion is due to be granted, and this matter is due to be dismissed as moot. A separate final order will be entered.

_____

**MADELINE HUGHES HAIKALA**

**U.S. DISTRICT JUDGE**